Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JAN 29  PM 4: 12

DISTRICT OF UTAH

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Empire Investment Group, LLC** | Bankruptcy No. 03-22824 JAB |
| Tax ID # 87-0664644 | |
| Debtor(s). | |

## DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned

bankruptcy estate represents to the Court that on November 9, 2009, the following check was

sent to the corresponding creditor to the address on file with the Court: check no. 1021 in the

amount of $8.45 was sent to Carl B. Baldwin to the address on file the Court. The check has not

been deposited and over 90 days have passed from the date of issue. Therefore, the Trustee has

issued a stop payment on the check and has deposited the funds with the U.S. Bankruptcy Court

for the District of Utah on January 27, 2010.

DATED this 27th day of January, 2010.

Elizabeth Rose Loveridge
Chapter 7 Trustee

T\EmpireUnclaimedFunds.012710

1



## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2010, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT  84111

Empire Investment Group, LLC
179 Main Street
Sandy, UT 84070

Richard S. Nemelka
Nemelka & Nemelka
6806 South 1300 East
Salt Lake City, UT 84121

T\EmpireUnclaimedFunds.012710

2